LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN
_____

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

FILED VIA ECF

May 6, 2022

The Honorable Lorna G. Schofield
United States District Court Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application Granted.  Defendant's conditions of bail are hereby modified to remove the condition of home detention enforced by electronic monitoring.  All other conditions shall remain in effect.  The Clerk of the Court is directed to terminate the letter motion at docket number 12.
>
> Dated: May 9, 2022
> New York, New York
>
> *LORNA G. SCHOFIELD*
> **UNITED STATES DISTRICT JUDGE**

Re:   United States v. Robert Gonzalez
      22-CR-207 (LGS)

Dear Judge Schofield:

My client Robert Gonzalez was released on bail at his initial appearance on March 25, 2022. Conditions set by the Magistrate Judge included pretrial supervision as directed by Pretrial Services, home detention, and location monitoring technology.

Mr. Gonzalez was employed at the time of his arrest and continues to be employed at a restaurant near where he is living in Middletown, New York. He has been in full compliance with Pretrial Services.

I write now to request that his "conditions be changed to eliminate home detention enforced by electronic monitoring. All other conditions to remain in full force including Pretrial supervision."

U.S. Pretrial Services Officer Leo Barrios consents to this request and supplied the language in quotations in the paragraph immediately above to me for submission to the Court.

A.U.S.A. Mathew Andrews has no objection to my request.

Respectfully submitted,

AVROM ROBIN

C:    A.U.S.A. Mathew Andrews           (via ECF and email)
      U.S. Pretrial Officer Leo Barrios   (via email)