

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2022

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  United States v. Robert Gonzalez, 22 Cr. 207 (LGS)

Dear Judge Schofield:

  The parties jointly respectfully request that the Court adjourn the conference currently scheduled for July 5, 2022 for 90 days. The defendant is still reviewing discovery and the parties are continuing to engage in plea negotiations that may result in a pretrial disposition of the charges.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: __/s/_____
  Mathew Andrews
  Assistant United States Attorney
  Southern District of New York
  (212) 637-6526

Application Granted. The status conference currently scheduled for July 5, 2022, is adjourned to **October 4, 2022, at 10:30 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 14.

Dated: July 1, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**