

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2022

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **United States v. Robert Gonzalez, 22 Cr. 207 (LGS)**

Dear Judge Schofield:

The parties jointly respectfully request that the Court exclude time under the Speedy Trial Act until the October 4, 2022 conference because the defendant is still reviewing discovery and the parties are continuing to engage in plea negotiations that may result in a pretrial disposition of the charges.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: __/s/_____
Mathew Andrews
Assistant United States Attorney
Southern District of New York
(212) 637-6526

Application Granted.  The Court finds that the ends of justice served by excluding the time between today and October 4, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue.   It is hereby ORDERED that the time between today and October 4, 2022, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 16.

Dated: July 8, 2022
New York, New York

*[signature]*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**