LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN
_____

> Application Granted in part. The status conference currently scheduled for October 4, 2022, is adjourned to **November 21, 2022, at 10:45 a.m**. The Court finds that the ends of justice served by excluding the time between today and November 21, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and November 21, 2022, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 18.
>
> Dated: September 30, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

FILED VIA ECF

September 30, 2022

The Honorable Lorna G. Schofield
United States District Court Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re:    United States v. Robert Gonzalez
                   1:22-cr-00207-LGS

Dear Judge Schofield:

      I write with the consent of the government to request an adjournment of the October 4, 2022 status conference in this case.

      Mr. Gonzalez was arrested on March 24, 2022 and released the next day on conditions. He was indicted on April 6, 2022, when the case was assigned to your Honor.

      He is being supervised by U.S. Pretrial Services in the Southern District and has been compliant since his release.

      The parties seek this adjournment so that we may continue plea discussions of a resolution in this case short of trial. We request a 60 day adjournment, to the week of November 28, 2022.

      The parties also jointly request that time be excluded from October 4, 2022 until the next conference date set by the Court under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8), which permits a district court to grant a continuance and exclude the resulting delay if the ends of justice served by granting the continuance outweigh the public's and the defendant's interests in a speedy trial, which is the case here.

Very truly yours,

AVROM ROBIN

Copy via email:       A.U.S.A. Mathew Andrews