

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:      <u>United States v. Robert Gonzalez, 22 Cr. 207 (LGS)</u>

Dear Judge Schofield:

      The parties jointly respectfully request that the Court adjourn the conference currently scheduled for November 21, 2022 for 90 days and exclude time under the Speedy Trial Act. The defendant is still reviewing discovery and the parties are continuing to engage in plea negotiations that may result in a pretrial disposition of the charges.

Application Granted. The status conference currently scheduled for November 21, 2022, is adjourned to **February 21, 2023, at 10:30 a.m**.  The Court finds that the ends of justice served by excluding the time between today and February 21, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue.  It is hereby ORDERED that the time between today and February 21, 2023, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 21.

Dated: November 17, 2022
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: __/s/_____
    Mathew Andrews
    Assistant United States Attorney
    Southern District of New York
    (212) 637-6526

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**