**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

March 27, 2023

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York  10007

**RE:**   *United States v. Robert Gonzalez*
         **22-cr-207 (LGS)**

Dear Judge Schofield,

> Application Granted.  The parties shall file a joint status letter on **July 3, 2023**.  The status conference currently scheduled for March 28, 2023, is adjourned to **July 11, 2023, at 10:30 a.m**.  The Court finds that the ends of justice served by excluding the time between today and July 11, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because the exclusion will permit Defendant to complete the Focus Forward Program, which may lead to his acceptance in the YAOP.  For this reason, it is hereby ORDERED that the time between today and July 11, 2023, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 26.
>
> Dated: March 27, 2023
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Mr. Gonzalez's next conference is currently scheduled for March 28, 2023.  As your Honor recalls, we adjourned the last conference in order to determine whether Mr. Gonzalez had been accepted to the Young Adult Opportunity Program ("YAOP").  Unfortunately, Mr. Gonzalez was not accepted to the program at this time but he has been accepted to the Focus Forward Program, a program run by the Pretrial Services Department that may lead to acceptance in the YAOP.  The Focus Forward Program begins today and runs for approximately 15 weeks.

Therefore, with the consent of the government, Mr. Gonzalez respectfully requests an adjournment until a date and time after July 10, 2023. Defense consents to the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7), in the interests of justice so that the Mr. Gonzalez may be informed of whether he is accepted to the YAOP and the parties may continue any other pretrial resolution discussions.

Respectfully submitted,

*[signature]*
Meredith S. Heller

Cc:   A.U.S.A. Mathew Andrews (via ECF)