UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                 -against-

    ROBERT GONZALEZ,
                                     Defendant.
------------------------------------------------------------X

22 Cr. 207 (LGS)

<u>SCHEDULING ORDER</u>

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Robert Gonzalez's sentencing hearing will be held on **May 20, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **April 29, 2024**. The Government's pre-sentencing submission, if any, shall be filed by **May 2, 2024.**

Dated: January 30, 2024
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE