**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

June 15, 2024

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application Granted in part. Defendant's sentencing submission shall be filed by **June 21, 2024**. The Government's submission shall be filed by **June 26, 2024**. The Clerk of the Court is directed to terminate the letter motion at docket number 47.
>
> Dated: June 17, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Robert Gonzalez
      22-CR-207 (LGS)

Dear Judge Schofield:

This letter is written to request an extension of the sentence submission dates in this case. The sentence date, scheduled for July 9, 2024, would remain unchanged.

The present submission dates, as set by the Court on April 30, 2024, are:

Defense:      June 17, 2024
Government:   June 20, 2024

The requested new submission dates are:

Defense:      June 21, 2024
Government:   June 27, 2024

The defense makes this request to allow additional time to gather letters in support from Mr. Gonzalez' family and include them in its submission.

The Government, by A.U.S.A. Mathew Andrews, has no objection to this request.

Both parties request that the sentence date remain set for July 9, 2024.

Respectfully submitted,

MEREDITH S. HELLER

Cc:   A.U.S.A. Mathew Andrews (via ECF)