UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                 :

UNITED STATES OF AMERICA,              :

                                                                                  :      22 Cr. 207 (LGS)

                    -v-                                            :

                                                                                  :      **ORDER**

ROBERT GONZALEZ,                           :

                                         Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, with Robert Gonzalez's consent, his guilty plea allocution was taken before Magistrate Judge Robert W. Lehrburger on January 29, 2024;

       WHEREAS, a transcript of the allocution was made; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
          July 1, 2024

                                                                       **LORNA G. SCHOFIELD**
                                                                    **UNITED STATES DISTRICT JUDGE**