UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :    CONSENT ORDER OF
        - v. -                                                   :    FORFEITURE/
                                                                 :    MONEY JUDGMENT
ROBERT GONZALEZ,                                                 :
                                                                 :    S1 22 Cr. 207 (LGS)
                Defendant.                                       :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about April 6, 2022, ROBERT GONZALEZ (the "Defendant"), was charged in a two count Information, S1 22 Cr. 207 (LGS) (the "Information"), with Hobbs Act Robbery and the discharge of a firearm in violation of Title 18, United States code, Sections 1951 and 924(c) (Counts One and Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any and all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Count One of the Information;

WHEREAS, on or about January 29, 2024, the Defendant pled guilty to a one count superseding Information charging the defendant with participating in a conspiracy to commit Hobbs Act robbery from in or about November 2021 to on or about January 3, 2022, in violation of 18 U.S.C. § 1951, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28,

United States Code, Section 2461(c): (i) a sum of money equal to $900 in United States currency, representing property involved in Count One; and (ii) any and all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $900 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Mathew Andrews, of counsel, and the Defendant, and his counsel, Meredith Heller, that:

1. As a result of the offense charged in Count One, to which the Defendant pled guilty, a money judgment in the amount of $900 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ROBERT GONZALEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, 26 Federal Plaza, 38th Floor, New York, New York, 10278 and shall indicate the Defendant's name and case number.

    4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

    5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

    6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

    7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[Intentionally Left Blank]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     7/9/24
MATHEW ANDREWS                          DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278


ROBERT GONZALEZ

By: _____     7/9/24
ROBERT GONZALEZ                         DATE

By: _____     7/9/24
MEREDITH HELLER, ESQ.                   DATE
Attorneys for Defendant


SO ORDERED:

_____          7/9/24
HONORABLE LORNA S. SCHOFIELD            DATE
UNITED STATES DISTRICT JUDGE